UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 16-06117-JWB |
|---|---|---|
| | § | |
| TAMARACK DEVELOPMENT ASSOCIATES, LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kelly M. Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $35,736.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $468,282.80 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $235,535.41 | | |

3) Total gross receipts of $703,818.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $703,818.21 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,165,311.33 | $1,238,757.43 | $37,738.34 | $37,738.34 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $200,100.78 | $200,100.78 | $200,100.78 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $35,434.63 | $35,434.63 | $35,434.63 |
| Priority Unsecured Claims (From **Exhibit 6**) | $151,336.00 | $257,194.91 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $16,408,117.12 | $21,078,379.90 | $20,889,001.48 | $430,544.46 |
| **Total Disbursements** | $21,724,764.45 | $22,809,867.65 | $21,162,275.23 | $703,818.21 |

4). This case was originally filed under chapter 11 on 12/06/2016. The case was converted to one under Chapter 7 on 10/17/2017. The case was pending for 44 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/29/2021     By: /s/ Kelly M. Hagan
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tamarack Lodge 2035 U.S. Highway 31 North, Traverse City, MI (unsold portions of Units 1-33 in East Bay Township, Grand | 1110-000 | $50,000.00 |
| Rents from units owned (asset 12) | 1122-000 | $145,141.33 |
| Chemical Bank Checking DEBTOR-IN-POSSESSION | 1129-000 | $832.97 |
| Huntington Bank Business Checking Checking 8398 | 1129-000 | $454.52 |
| Huntington Bank CD #9942 | 1129-000 | $5,648.84 |
| lawnmower, tools, miscellaneous parts inventory | 1129-000 | $500.00 |
| Lobby Furniture, artwork, accessories | 1129-000 | $2,000.00 |
| Office equipment, computer equipment, communication systems, software, wifi, cash registers | 1129-000 | $2,500.00 |
| PNC Bank Business checking, joint with Richard C Hermann #8023 | 1129-000 | $1,032.35 |
| PNC Bank Tax Escrow 6505 | 1129-000 | $75,054.20 |
| Tamarack Lodge Sign | 1129-000 | $0.00 |
| Unused DIP retainer | 1129-000 | $1,500.00 |
| Avoidable transfers to law firms | 1241-000 | $14,800.00 |
| Chapter 5 avoidance claims | 1241-000 | $329,000.00 |
| Transfer to AMEX | 1241-000 | $75,354.00 |
| **TOTAL GROSS RECEIPTS** | | **$703,818.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | East Bay Charter Township | 4110-000 | $0.00 | $118,234.27 | $0.00 | $0.00 |
| 26 | Huntington National Bank, | 4110-000 | $0.00 | $947,431.51 | $0.00 | $0.00 |
| 36 | Grand Traverse County Treasurer | 4110-000 | $0.00 | $135,353.31 | $0.00 | $0.00 |
| | PNC Bank, National Association | 4110-000 | $0.00 | $27,693.02 | $27,693.02 | $27,693.02 |
| | Tamarack Lodge Condominium Association | 4120-000 | $0.00 | $10,045.32 | $10,045.32 | $10,045.32 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| American Express Bank, FSB | 4110-000 | $120,207.28 | $0.00 | $0.00 | $0.00 |
| Comodore Homes, LLC | 4110-000 | $86,789.00 | $0.00 | $0.00 | $0.00 |
| Comodore Homes, LLC | 4110-000 | $395,586.00 | $0.00 | $0.00 | $0.00 |
| Daniel M & Barbara Webster | 4110-000 | $572,278.00 | $0.00 | $0.00 | $0.00 |
| FC Real Estate Retirement Plan | 4110-000 | $29,636.00 | $0.00 | $0.00 | $0.00 |
| FC Real Estate Retirement Plan | 4110-000 | $113,025.00 | $0.00 | $0.00 | $0.00 |
| Financial Pacific Leasing, Inc | 4110-000 | $3,300.00 | $0.00 | $0.00 | $0.00 |
| Howard Melam Family LtdPship | 4110-000 | $56,512.00 | $0.00 | $0.00 | $0.00 |
| Huntington National Bank | 4110-000 | $381,519.00 | $0.00 | $0.00 | $0.00 |
| Huntington National Bank | 4110-000 | $152,608.00 | $0.00 | $0.00 | $0.00 |
| Huntington National Bank | 4110-000 | $419,671.00 | $0.00 | $0.00 | $0.00 |
| Janet L. Boettcher Trust | 4110-000 | $9,631.00 | $0.00 | $0.00 | $0.00 |
| MI Dept Environ Quality | 4110-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| MS Holding LP | 4110-000 | $118,540.00 | $0.00 | $0.00 | $0.00 |
| MS Holding LP | 4110-000 | $678,148.00 | $0.00 | $0.00 | $0.00 |
| Office of the US Trustee | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PNC Bank | 4110-000 | $255,506.05 | $0.00 | $0.00 | $0.00 |
| RB Construction | 4110-000 | $74,089.00 | $0.00 | $0.00 | $0.00 |
| RB Construction | 4110-000 | $226,049.00 | $0.00 | $0.00 | $0.00 |
| RCH Delaware Investments 1 | 4110-000 | $177,083.00 | $0.00 | $0.00 | $0.00 |
| Sandz Real Estate Co Inc | 4110-000 | $44,347.00 | $0.00 | $0.00 | $0.00 |
| Sandz Real Estate Co Inc | 4110-000 | $226,049.00 | $0.00 | $0.00 | $0.00 |
| View Capital Ventures LP | 4110-000 | $118,540.00 | $0.00 | $0.00 | $0.00 |
| View Capital Ventures LP | 4110-000 | $678,148.00 | $0.00 | $0.00 | $0.00 |
| Zisook Enterprises LP | 4110-000 | $228,049.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $5,165,311.33 | $1,238,757.43 | $37,738.34 | $37,738.34 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kelly M. Hagan, Trustee | 2100-000 | NA | $38,440.91 | $38,440.91 | $38,440.91 |
| Kelly M. Hagan, Trustee | 2200-000 | NA | $675.40 | $675.40 | $675.40 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $106.62 | $106.62 | $106.62 |
| Pinnacle Bank | 2600-000 | NA | $244.98 | $244.98 | $244.98 |
| U.S. Bankruptcy Court - Western District of Michigan | 2700-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Resort Funding, LLC | 2820-000 | NA | $430.00 | $430.00 | $430.00 |
| Office of the U.S. Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Beadle Smith, PLC, Attorney for Trustee | 3210-000 | NA | $142,620.50 | $142,620.50 | $142,620.50 |
| Beadle Smith, PLC, Attorney for Trustee | 3220-000 | NA | $5,013.37 | $5,013.37 | $5,013.37 |
| A. L. Mitchell & Associates, Accountant for Trustee | 3410-000 | NA | $9,844.00 | $9,844.00 | $9,844.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $200,100.78 | $200,100.78 | $200,100.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wardrop & Wardrop, P.C., Attorney for D-I-P | 6210-160 | NA | $35,075.00 | $35,075.00 | $35,075.00 |
| Wardrop & Wardrop, P.C., Attorney for D-I-P | 6220-170 | NA | $359.63 | $359.63 | $359.63 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $35,434.63 | $35,434.63 | $35,434.63 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | East Bay Charter Township | 5800-000 | $0.00 | $118,234.27 | $0.00 | $0.00 |
| 36a | Grand Traverse County Treasurer | 5800-000 | $0.00 | $135,353.31 | $0.00 | $0.00 |
| 37 | East Bay Charter | 5800-000 | $0.00 | $3,607.33 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| | Township | | | | | |
| | East Bay Charter Township | 5800-000 | $151,336.00 | $0.00 | $0.00 | $0.00 |
| | East Bay Township ASSESSOR | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Dept of Treasury | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $151,336.00 | $257,194.91 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Resort Funding, LLC | 7100-000 | $0.00 | $110,000.00 | $110,000.00 | $2,267.23 |
| 3A | Vorys, Sater, Seymour and Pease LLP | 7100-000 | $314,058.00 | $274,057.72 | $274,057.72 | $5,648.63 |
| 4 | American Express Bank, FSB | 7100-000 | $0.00 | $112,951.05 | $112,951.05 | $2,328.05 |
| 5 | FC Real Estate Retirement Plan | 7100-000 | $0.00 | $125,928.00 | $125,928.00 | $2,595.52 |
| 5a | FC Real Estate Retirement Plan | 7100-000 | $0.00 | $15,775.98 | $15,775.98 | $325.17 |
| 6 | FC Real Estate Retirement Plan | 7100-000 | $190,759.00 | $173,603.00 | $173,603.00 | $3,578.14 |
| 6a | FC Real Estate Retirement Plan | 7100-000 | $0.00 | $15,775.42 | $15,775.42 | $325.15 |
| 7 | Howard Melam Family Limited Partnership | 7100-000 | $0.00 | $40,345.00 | $40,345.00 | $831.55 |
| 7a | Howard Melam Family Limited Partnership | 7100-000 | $0.00 | $15,775.22 | $15,775.22 | $325.14 |
| 8 | Howard Melam Family Limited Partnership | 7100-000 | $190,759.00 | $173,603.00 | $173,603.00 | $3,578.14 |
| 8a | Howard Melam Family Limited Partnership | 7100-000 | $0.00 | $15,775.42 | $15,775.42 | $325.15 |
| 9 | Comodore Homes, LLC | 7100-000 | $0.00 | $463,350.00 | $463,350.00 | $9,550.13 |
| 9a | Comodore Homes, LLC | 7100-000 | $0.00 | $15,775.55 | $15,775.55 | $325.15 |
| 10 | Huntington National Bank, Trustee | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $5,152.76 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | View Capital Ventures, L.P. | 7100-000 | $763,038.00 | $775,517.00 | $775,517.00 | $15,984.23 |
| 11a | View Capital Ventures, L.P. | 7100-000 | $0.00 | $15,775.93 | $15,775.93 | $325.16 |
| 12 | View Capital Ventures, L.P. | 7100-000 | $0.00 | $741,738.00 | $741,738.00 | $15,288.01 |
| 12a | View Capital Ventures, L.P. | 7100-000 | $0.00 | $15,775.66 | $15,775.66 | $325.15 |
| 13 | Comodore Homes, LLC | 7100-000 | $0.00 | $2,714,179.33 | $2,714,179.33 | $55,942.11 |
| 14 | Tamarack Hospitality,LLC | 7100-000 | $4,505,550.00 | $4,565,270.00 | $4,565,270.00 | $94,095.05 |
| 15 | Tim Cook, Tonya Cook, and David Steffey | 7100-000 | $1.00 | $1,981,448.00 | $1,981,448.00 | $40,839.74 |
| 16 | Daniel M. and Barbara F. Webster | 7100-000 | $0.00 | $570,513.72 | $570,513.72 | $11,758.89 |
| 17 | Mokma Excavating, Inc. | 7100-000 | $190,759.00 | $189,378.42 | $189,378.42 | $3,903.29 |
| 18 | Richard C. Hermann | 7100-000 | $0.00 | $17,353.20 | $17,353.20 | $357.67 |
| 19 | RB Construction Defined Benefit Plan | 7100-000 | $476,898.00 | $282,363.00 | $282,363.00 | $5,819.80 |
| 19a | RB Construction Defined Benefit Plan | 7100-000 | $0.00 | $15,775.75 | $15,775.75 | $325.15 |
| 20 | RB Construction Defined Benefit Plan | 7100-000 | $0.00 | $457,671.00 | $457,671.00 | $9,433.08 |
| 20a | RB Construction Defined Benefit Plan | 7100-000 | $0.00 | $15,775.04 | $15,775.04 | $325.14 |
| 21 | Sandz Real Estate Co. Inc. Profit Sharing Plan | 7100-000 | $286,139.00 | $252,794.00 | $252,794.00 | $5,210.35 |
| 21a | Sandz Real Estate Co. Inc. Profit Sharing Plan | 7100-000 | $0.00 | $15,775.89 | $15,775.89 | $325.16 |
| 22 | Sandz Real Estate Co. Inc. Profit Sharing Plan | 7100-000 | $0.00 | $268,292.00 | $268,292.00 | $5,529.78 |
| 22a | Sandz Real Estate Co. Inc. Profit Sharing Plan | 7100-000 | $0.00 | $15,775.62 | $15,775.62 | $325.15 |
| 23 | Zisook Enterprises, Limited Partnership | 7100-000 | $0.00 | $224,480.87 | $224,480.87 | $4,626.79 |
| 24 | MS Holding L.P. | 7100-000 | $763,038.00 | $775,517.00 | $775,517.00 | $15,984.23 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 24a | MS Holding L.P. | 7100-000 | $0.00 | $15,775.93 | $15,775.93 | $325.16 |
| 25 | MS Holding L.P. | 7100-000 | $0.00 | $741,738.00 | $741,738.00 | $15,288.01 |
| 25a | MS Holding L.P. | 7100-000 | $0.00 | $15,775.66 | $15,775.66 | $325.15 |
| 27 | Tim & Tonya Cook | 7100-000 | $0.00 | $864,400.68 | $864,400.68 | $17,816.21 |
| 28 | David Steffey | 7100-000 | $1.00 | $192,465.75 | $192,465.75 | $3,966.92 |
| 29 | Arthur & Jacolyn Breithaupt | 7100-000 | $953,797.00 | $963,184.93 | $963,184.93 | $19,852.26 |
| 30 | Susan K. Fournier | 7100-000 | $190,759.00 | $191,986.30 | $191,986.30 | $3,957.04 |
| 31 | David K. MacIntosh | 7100-000 | $381,519.00 | $383,904.11 | $383,904.11 | $7,912.67 |
| 32 | Gary & Diane Money | 7100-000 | $95,380.00 | $96,044.52 | $96,044.52 | $1,979.58 |
| 33 | Michael R. Radosa | 7100-000 | $190,759.00 | $191,986.30 | $191,986.30 | $3,957.04 |
| 34 | Janet L. Boettcher | 7100-000 | $190,759.00 | $191,815.07 | $191,815.07 | $3,953.51 |
| 35 | Janet L. Boettcher | 7100-000 | $0.00 | $9,576.44 | $9,576.44 | $197.38 |
| 38 | Harlan Bolt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | Harlan Bolt | 7100-000 | $190,759.00 | $200,000.00 | $200,000.00 | $4,122.21 |
| 40 | Mokma Excavating, Inc. | 7100-000 | $0.00 | $189,378.42 | $0.00 | $0.00 |
| 41 | Richard C. Hermann | 7100-000 | $1,850,000.00 | $1,116,463.00 | $1,116,463.00 | $23,011.48 |
| | AMEX Travel Related Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Insurance Company | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Comodore Homes, LLC | 7100-000 | $1,382,397.00 | $0.00 | $0.00 | $0.00 |
| | Copperfield Investors | 7100-000 | $2,196,290.00 | $0.00 | $0.00 | $0.00 |
| | Copperfield Investors, LtdP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | East Bay Development Associate | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jonathon & Shannon Money | 7100-000 | $95,380.00 | $0.00 | $0.00 | $0.00 |
| | Kuhn Rogers PLC | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | RCH Delaware Investments #1 | 7100-000 | $5,612.42 | $0.00 | $0.00 | $0.00 |
| | RLC Funding | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Todd W. Millar | 7100-000 | $1,160.00 | $0.00 | $0.00 | $0.00 |
| | Tonya Cook and David Steffey | 7100-000 | $1,002,543.70 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| **TOTAL GENERAL UNSECURED CLAIMS** | $16,408,117.12 | $21,078,379.90 | $20,889,001.48 | $430,544.46 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1
Exhibit 8

| Case No.: | 16-06117-JWB | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 6/29/2021 | §341(a) Meeting Date: | 11/15/2017 |
| | | Claims Bar Date: | 02/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash | $725.00 | $725.00 | | $0.00 | FA |
| 2  PNC Bank Tax Escrow 6505 | $41,802.31 | $75,054.20 | | $75,054.20 | FA |
| 3  PNC Bank Business checking, joint with Richard C Hermann #8023 | $1,032.35 | $1,032.35 | | $1,032.35 | FA |
| 4  Huntington Bank Business Checking Checking 8398 | $394.52 | $394.52 | | $454.52 | FA |
| 5  Huntington Bank CD #9942 | $5,839.92 | $5,838.92 | | $5,648.84 | FA |
| **Asset Notes:** Investigating lien, motion for turnover 11/5/18, DN203, order 11/21/18, DN205 | | | | | |
| 6  Chemical Bank Checking DEBTOR-IN-POSSESSION | $62.00 | $832.97 | | $832.97 | FA |
| 7  Lobby Furniture, artwork, accessories | $4,000.00 | $4,000.00 | | $2,000.00 | FA |
| **Asset Notes:** Motion for sale 1/15/19, DN212, order 4/24/19, DN228, Report of Sale 6/27/19, DN260 | | | | | |
| 8  Office equipment, computer equipment, communication systems, software, wifi, cash registers | $5,000.00 | $5,000.00 | | $2,500.00 | FA |
| **Asset Notes:** Motion for sale 1/15/19, DN212, order 4/24/19, DN228, Report of Sale 6/27/19, DN260 | | | | | |
| 9  lawnmower, tools, miscellaneous parts inventory | $1,000.00 | $1,000.00 | | $500.00 | FA |
| **Asset Notes:** motion for sale 1/15/19, DN212, order 4/24/19, DN228, Report of Sale 6/27/19, DN260 | | | | | |
| 10  leased copier | $10.00 | $10.00 | | $0.00 | FA |
| 11  Tamarack Lodge Sign | $33,000.00 | $29,700.00 | | $0.00 | FA |
| 12  Tamarack Lodge 2035 U.S. Highway 31 North, Traverse City, MI (unsold portions of Units 1-33 in East Bay Township, Grand Traverse County Condo Development), unsold fractional shares in furnished condos Fractional Ownership in Resort Condominiums $6,778,340.00 market value | $6,778,340.00 | $1,736,536.95 | | $50,000.00 | FA |
| **Asset Notes:** Motion for sale 1/15/19, DN212, order 4/24/19, DN228, Report of Sale 6/27/19, DN260 | | | | | |
| 13  Web-site and internet domain name | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 14  Condominium owners lists, Rental guests list | $1,000.00 | $1,000.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-06117-JWB | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 6/29/2021 | §341(a) Meeting Date: | 11/15/2017 |
| | | Claims Bar Date: | 02/08/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 15 | Citizens Insurance Company c/o Peterson McGregor & Associates 1368 Business Park Dr., Traverse City, MI 49686: Commercial General, Automobile, Umbrella, Workers Comp., Property | $1.00 | $1.00 | | $0.00 | FA |
| 16 | Potential cause of action/accounting of funds transfers between Copperfield Investors Limited Partnership, Debtor and respective lenders (u) | Unknown | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Asset listed on amended A/B, DN40 | | | | | |
| 17 | counterclaims in Cook/Steffey litigation (u) | $0.00 | $1.00 | OA | $0.00 | FA |
| 18 | Possible claim against D & O policy (u) | $0.00 | $1.00 | | $0.00 | FA |
| 19 | Transfer to AMEX (u) | $0.00 | $75,354.00 | | $75,354.00 | FA |
| **Asset Notes:** | Compromise resolving Adversary Proceeding, 18-80072, p/o 8/8/18, DN188 | | | | | |
| 20 | Rents from units owned (asset 12) | $0.00 | $18,302.93 | | $145,141.33 | FA |
| 21 | Unused DIP retainer | $0.00 | $1,500.00 | | $1,500.00 | FA |
| **Asset Notes:** | Retainer/payment of $20,000 listed on SOFA | | | | | |
| 22 | Avoidable transfers to law firms (u) | $0.00 | $14,800.00 | | $14,800.00 | FA |
| **Asset Notes:** | Kuhn Rogers, PLC, $7,300, p/o 8/9/18, DN190 Swogger, Bruce & Millar Law Firm, PC, $7,500, p/o 8/9/18, DN189 | | | | | |
| 23 | Chapter 5 avoidance claims (u) | $0.00 | $300,000.00 | | $329,000.00 | FA |
| **Asset Notes:** | Defendants (Copperfield, Hermann, Woodcreek, Inverness, Cooper, Hospitality, Traverse Realty, RCH Delaware) Adv. Prov. 18-80140, $300,000, settlement motion 1/15/19, DN212, order 4/24/19, DN228 Silverman & Morris Adv. Proc. 18-80073 (Richard C. Hermann), $19,000, settlement p/o 5/28/19, DN247 Strategic Funding, Adv. Proc. 18-80073, $10,000, settlement p/o 5/28/19, DN247 | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$6,873,207.10    $2,272,085.84    $703,818.21    $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/17/2019 | Dividends paid pursuant to Order for Payment of Dividends.  KMH |
| 11/05/2019 | Trustee's Final Report submitted to UST.  KMH |
| 10/24/2019 | Case closing in progress.  KMH |
| 08/08/2019 | Review for closing after payment of professional fees.  KMH |
| 05/28/2019 | Settlement/sale approved; settlement with Strategic Funding approved.  KMH |
| 04/05/2019 | Motion to approve settlement set for hearing end of April.  KMH |
| 01/05/2019 | Three adversary proceedings successfully mediated.  KMH |
| 10/31/2018 | Additional adversary proceedings filed.  KMH |
| 10/28/2018 | Continue to resolve outstanding adversary proceedings and to liquidate assets.  KMH |

Case:16-06117-jwb Doc #:308 Filed: 07/15/2021 Page 12 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

Exhibit 8

| Case No.: | 16-06117-JWB | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | Date Filed (f) or Converted (c): | 10/17/2017 (c) |
| For the Period Ending: | 6/29/2021 | §341(a) Meeting Date: | 11/15/2017 |
| | | Claims Bar Date: | 02/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/28/2018 | Settlement reached with AMEX and one law firm; continuing to pursue other claims. KMH |
| 05/09/2018 | Adversary proceedings filed against AMEX and Strategic Nationwide Funding. KMH |
| 05/04/2018 | Discovery continues into the debtor's assets and liabilities. KMH |
| 01/29/2018 | Units available for rent; investigating assets and possible chapter 5 claims. KMH |
| 11/06/2017 | Investigate assets and liabilities. KMH |

**Initial Projected Date Of Final Report (TFR):** 11/01/2019
**Current Projected Date Of Final Report (TFR):** 12/31/2019

/s/ KELLY M. HAGAN

KELLY M. HAGAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-06117-JWB | | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5033 | | | Checking Acct #: | ******0060 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 12/6/2016 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/29/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2017 | (6) | Tamarack Development Assoc. LLC | DIP bank account monies | 1129-000 | $832.97 | | $832.97 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.91 | $832.06 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.17 | $830.89 |
| 01/24/2018 | (3) | PNC Bank fbo Tamarack | Bank account funds | 1129-000 | $1,032.35 | | $1,863.24 |
| 01/24/2018 | (11) | PNC Bank fbo Tamarack Development | need to reprint | 1129-000 | $1,032.35 | | $2,895.59 |
| 01/29/2018 | | Transfer To: #******0063 | Moving escrowed money to escrow account | 9999-000 | | $1,032.35 | $1,863.24 |
| 01/30/2018 | (11) | DEP REVERSE: PNC Bank fbo Tamarack | need to reprint | 1129-000 | ($1,032.35) | | $830.89 |
| 01/30/2018 | | Transfer From: #******0063 | transfer back to the checking account due to deposit reversal | 9999-000 | $1,032.35 | | $1,863.24 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.72 | $1,861.52 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.71 | $1,858.81 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $3.00 | $1,855.81 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.90 | $1,852.91 |
| 05/29/2018 | | Transfer To: #******0063 | transfer to escrow account | 9999-000 | | $1,032.35 | $820.56 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $2.93 | $817.63 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1.28 | $816.35 |
| 07/16/2018 | (19) | AMEX | litigation settlement, Adversary Proceeding 18-80072, p/o 8/8/18, DN188 | 1241-000 | $75,354.00 | | $76,170.35 |
| 07/26/2018 | (22) | Kuhn Rogers PLC | Litigation settlement, p/o 8/9/18, DN190 | 1241-000 | $7,300.00 | | $83,470.35 |
| 07/30/2018 | (20) | Tamarack Hospitality LLc | Rental income | 1122-000 | $18,302.93 | | $101,773.28 |
| 07/30/2018 | (21) | Wardrop & Wardrop | unused retainer | 1129-000 | $1,500.00 | | $103,273.28 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $61.64 | $103,211.64 |
| 08/23/2018 | (4) | Huntington National Bank | remaining funds Huntington acct 8398 | 1129-000 | $454.52 | | $103,666.16 |
| 08/30/2018 | (20) | Tamarack Hospitality LLC | July rental income | 1122-000 | $43,044.40 | | $146,710.56 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $166.72 | $146,543.84 |
| 09/10/2018 | (22) | Swogger, Bruce & Millar fbo R.C. Hermann | Litigation settlement, p/o 8/9/18, DN189 | 1241-000 | $7,500.00 | | $154,043.84 |
| 09/18/2018 | (20) | Tamarack Hospitality LLC | recalc. mgmt fee | 1122-000 | $24,411.17 | | $178,455.01 |
| 09/24/2018 | (20) | Tamarack Hospitality | Aug net revenue | 1122-000 | $33,042.94 | | $211,497.95 |
| 10/22/2018 | (20) | Tamarack Hospitality LLC | Sept Net Revenue | 1122-000 | $17,282.37 | | $228,780.32 |
| 11/19/2018 | (20) | Tamarack Hospitality LLC | Oct Rental Income | 1122-000 | $9,057.52 | | $237,837.84 |
| 11/26/2018 | (5) | Huntington National Bank | CD settlement, motion 11/5/18, DN203, order 11/21/18, DN205 | 1129-000 | $5,648.84 | | $243,486.68 |
| 12/27/2018 | 3001 | Insurance Partners Agency, Inc. | blanket bond renewal 11/1/18-11/1/19 | 2300-000 | | $106.62 | $243,380.06 |
| 04/25/2019 | 3002 | Tamarack Lodge Condominium Association | Association dues p/o 4/24/19 DN228 | 4120-000 | | $10,045.32 | $233,334.74 |
| | | | | SUBTOTALS | $245,796.36 | $12,461.62 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 16-06117-JWB | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5033 | | Checking Acct #: | ******0060 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 12/6/2016 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/29/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/26/2019 | 3003 | Resort Funding, LLC | Transfer taxes on real property p/o 4/24/19 DN228 | 2820-000 | | $430.00 | $232,904.74 |
| 04/29/2019 | | Silverman,Morris PLLC Client Trust Acct. FBO | proceeds sale of property, motion 1/15/19, DN212, order 4/24/19, DN228 (Adv. Proc. 18-80140 ($300,000)  Report of Sale 6/27/19, DN260 | * | $355,000.00 | | $587,904.74 |
| | {23} | | settlement proceeds p/o 4/24/19, DN228  $300,000.00 | 1241-000 | | | $587,904.74 |
| | {12} | | settlement proceeds p/o 4/24/19, DN228  $50,000.00 | 1110-000 | | | $587,904.74 |
| | {7} | | settlement proceeds p/o 4/24/19, DN228  $2,000.00 | 1129-000 | | | $587,904.74 |
| | {8} | | settlement proceeds p/o 4/24/19, DN228  $2,500.00 | 1129-000 | | | $587,904.74 |
| | {9} | | settlement proceeds p/o 4/24/19, DN228  $500.00 | 1129-000 | | | $587,904.74 |
| 06/12/2019 | (23) | Siverman & Morris Client Disbursement Account | settlement (Richard C. Hermann) DN247, 5/28/19, adv proc. 18-80073 | 1241-000 | $19,000.00 | | $606,904.74 |
| 06/12/2019 | (23) | Strategic Funding Sourse, Inc. | Settlement, Adv. Proc. 18-80073, settlement 5/28/19, DN247 | 1241-000 | $10,000.00 | | $616,904.74 |
| 09/06/2019 | 3004 | Beadle Smith, PLC | Fees p/o 9/4/19 DN284 | 3210-000 | | $142,620.50 | $474,284.24 |
| 09/06/2019 | 3005 | Beadle Smith, PLC | Expenses p/o 9/4/19 DN284 | 3220-000 | | $5,013.37 | $469,270.87 |
| 09/06/2019 | 3006 | A. L. Mitchell & Associates | Fees p/o 9/5/19 DN285 | 3410-000 | | $9,844.00 | $459,426.87 |
| 11/05/2019 | | Transfer From: #******0063 | transfer | 9999-000 | $48,393.53 | | $507,820.40 |
| 12/17/2019 | 3007 | Kelly M. Hagan | Trustee Compensation | 2100-000 | | $38,440.91 | $469,379.49 |
| 12/17/2019 | 3008 | Kelly M. Hagan | Trustee Expenses | 2200-000 | | $675.40 | $468,704.09 |
| 12/17/2019 | 3009 | U.S. Bankruptcy Court - Western District of | Claim #: ; | 2700-000 | | $1,750.00 | $466,954.09 |
| 12/17/2019 | 3010 | Resort Funding, LLC | Claim #: 2; | 7100-000 | | $2,267.23 | $464,686.86 |
| 12/17/2019 | 3011 | Vorys, Sater, Seymour and Pease LLP | Claim #: 3; | 7100-000 | | $5,648.63 | $459,038.23 |
| 12/17/2019 | 3012 | American Express Bank, FSB | Claim #: 4; | 7100-000 | | $2,328.05 | $456,710.18 |
| 12/17/2019 | 3013 | FC Real Estate Retirement Plan | Claim #: 5; | 7100-000 | | $2,595.52 | $454,114.66 |
| 12/17/2019 | 3014 | FC Real Estate Retirement Plan | Claim #: 5; | 7100-000 | | $325.17 | $453,789.49 |
| 12/17/2019 | 3015 | FC Real Estate Retirement Plan | Claim #: 6; | 7100-000 | | $3,578.14 | $450,211.35 |
| 12/17/2019 | 3016 | FC Real Estate Retirement Plan | Claim #: 6; | 7100-000 | | $325.15 | $449,886.20 |

SUBTOTALS  $432,393.53  $215,842.07

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-06117-JWB | | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5033 | | | Checking Acct #: | ******0060 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 12/6/2016 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/29/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2019 | 3017 | Howard Melam Family Limited Partnership | Claim #: 7; | 7100-000 | | $831.55 | $449,054.65 |
| 12/17/2019 | 3018 | Howard Melam Family Limited Partnership | Claim #: 7; | 7100-000 | | $325.14 | $448,729.51 |
| 12/17/2019 | 3019 | Howard Melam Family Limited Partnership | Claim #: 8; | 7100-000 | | $3,578.14 | $445,151.37 |
| 12/17/2019 | 3020 | Howard Melam Family Limited Partnership | Claim #: 8; | 7100-000 | | $325.15 | $444,826.22 |
| 12/17/2019 | 3021 | Comodore Homes, LLC | Claim #: 9; | 7100-000 | | $9,550.13 | $435,276.09 |
| 12/17/2019 | 3022 | Comodore Homes, LLC | Claim #: 9; | 7100-000 | | $325.15 | $434,950.94 |
| 12/17/2019 | 3023 | Huntington National Bank, Trustee | Claim #: 10; | 7100-000 | | $5,152.76 | $429,798.18 |
| 12/17/2019 | 3024 | View Capital Ventures, L.P. | Claim #: 11; | 7100-000 | | $15,984.23 | $413,813.95 |
| 12/17/2019 | 3025 | View Capital Ventures, L.P. | Claim #: 11; | 7100-000 | | $325.16 | $413,488.79 |
| 12/17/2019 | 3026 | View Capital Ventures, L.P. | Claim #: 12; | 7100-000 | | $15,288.01 | $398,200.78 |
| 12/17/2019 | 3027 | View Capital Ventures, L.P. | Claim #: 12; | 7100-000 | | $325.15 | $397,875.63 |
| 12/17/2019 | 3028 | Comodore Homes, LLC | Claim #: 13; | 7100-000 | | $55,942.11 | $341,933.52 |
| 12/17/2019 | 3029 | Tamarack Hospitality,LLC | Claim #: 14; | 7100-000 | | $94,095.05 | $247,838.47 |
| 12/17/2019 | 3030 | Tim Cook, Tonya Cook, and David Steffey | Claim #: 15; | 7100-000 | | $40,839.74 | $206,998.73 |
| 12/17/2019 | 3031 | Daniel M. and Barbara F. Webster | Claim #: 16; | 7100-000 | | $11,758.89 | $195,239.84 |
| 12/17/2019 | 3032 | Mokma Excavating, Inc. | Claim #: 17; | 7100-000 | | $3,903.29 | $191,336.55 |
| 12/17/2019 | 3033 | Richard C. Hermann | Claim #: 18; | 7100-000 | | $357.67 | $190,978.88 |
| 12/17/2019 | 3033 | VOID: Richard C. Hermann | void | 7100-003 | | ($357.67) | $191,336.55 |
| 12/17/2019 | 3034 | RB Construction Defined Benefit Plan | Claim #: 19; | 7100-000 | | $5,819.80 | $185,516.75 |
| 12/17/2019 | 3035 | RB Construction Defined Benefit Plan | Claim #: 19; | 7100-000 | | $325.15 | $185,191.60 |
| 12/17/2019 | 3036 | RB Construction Defined Benefit Plan | Claim #: 20; | 7100-000 | | $9,433.08 | $175,758.52 |
| 12/17/2019 | 3037 | RB Construction Defined Benefit Plan | Claim #: 20; | 7100-000 | | $325.14 | $175,433.38 |
| 12/17/2019 | 3038 | Sandz Real Estate Co. Inc. Profit Sharing Plan | Claim #: 21; | 7100-000 | | $5,210.35 | $170,223.03 |
| 12/17/2019 | 3039 | Sandz Real Estate Co. Inc. Profit Sharing Plan | Claim #: 21; | 7100-000 | | $325.16 | $169,897.87 |
| 12/17/2019 | 3040 | Sandz Real Estate Co. Inc. Profit Sharing Plan | Claim #: 22; | 7100-000 | | $5,529.78 | $164,368.09 |
| 12/17/2019 | 3041 | Sandz Real Estate Co. Inc. Profit Sharing Plan | Claim #: 22; | 7100-000 | | $325.15 | $164,042.94 |

**SUBTOTALS** $0.00 $285,843.26

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-06117-JWB | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5033 | Checking Acct #: | ******0060 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 12/6/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/29/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2019 | 3042 | Zisook Enterprises, Limited Partnership | Claim #: 23; | 7100-000 | | $4,626.79 | $159,416.15 |
| 12/17/2019 | 3043 | MS Holding L.P. | Claim #: 24; | 7100-000 | | $15,984.23 | $143,431.92 |
| 12/17/2019 | 3044 | MS Holding L.P. | Claim #: 24; | 7100-000 | | $325.16 | $143,106.76 |
| 12/17/2019 | 3045 | MS Holding L.P. | Claim #: 25; | 7100-000 | | $15,288.01 | $127,818.75 |
| 12/17/2019 | 3046 | MS Holding L.P. | Claim #: 25; | 7100-000 | | $325.15 | $127,493.60 |
| 12/17/2019 | 3047 | Tim & Tonya Cook | Claim #: 27; | 7100-000 | | $17,816.21 | $109,677.39 |
| 12/17/2019 | 3048 | David Steffey | Claim #: 28; | 7100-000 | | $3,966.92 | $105,710.47 |
| 12/17/2019 | 3049 | Arthur & Jacolyn Breithaupt | Claim #: 29; | 7100-000 | | $19,852.26 | $85,858.21 |
| 12/17/2019 | 3050 | Susan K. Fournier | Claim #: 30; | 7100-000 | | $3,957.04 | $81,901.17 |
| 12/17/2019 | 3051 | David K. MacIntosh | Claim #: 31; | 7100-000 | | $7,912.67 | $73,988.50 |
| 12/17/2019 | 3052 | Gary & Diane Money | Claim #: 32; | 7100-000 | | $1,979.58 | $72,008.92 |
| 12/17/2019 | 3053 | Michael R. Radosa | Claim #: 33; | 7100-000 | | $3,957.04 | $68,051.88 |
| 12/17/2019 | 3054 | Janet L. Boettcher | Claim #: 34; | 7100-000 | | $3,953.51 | $64,098.37 |
| 12/17/2019 | 3055 | Janet L. Boettcher | Claim #: 35; | 7100-000 | | $197.38 | $63,900.99 |
| 12/17/2019 | 3056 | Harlan Bolt | Claim #: 39; | 7100-000 | | $4,122.21 | $59,778.78 |
| 12/17/2019 | 3057 | Richard C. Hermann | Claim #: 41; | 7100-000 | | $23,011.48 | $36,767.30 |
| 12/17/2019 | 3057 | VOID: Richard C. Hermann | void | 7100-003 | | ($23,011.48) | $59,778.78 |
| 12/17/2019 | 3058 | Wardrop & Wardrop, P.C. | Claim #: 42; | 6210-160 | | $35,075.00 | $24,703.78 |
| 12/17/2019 | 3059 | Wardrop & Wardrop, P.C. | Claim #: 42; | 6220-170 | | $359.63 | $24,344.15 |
| 12/17/2019 | 3060 | Office of the U.S. Trustee | Claim #: 43; | 2950-000 | | $975.00 | $23,369.15 |
| 02/26/2020 | 3061 | Tim Cook, Tonya Cook and David Steffey | garnished claims funds | * | | $23,369.15 | $0.00 |
| | | | claim garnished by creditor    $(357.67) | 7100-000 | | | $0.00 |
| | | | claim garnished by creditor   $(23,011.48) | 7100-000 | | | $0.00 |
| | | | TOTALS: | | $678,189.89 | $678,189.89 | $0.00 |
| | | | Less: Bank transfers/CDs | | $49,425.88 | $2,064.70 | |
| | | | Subtotal | | $628,764.01 | $676,125.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $628,764.01 | $676,125.19 | |

| For the period of 12/6/2016 to 6/29/2021 | | For the entire history of the account between 11/06/2017 to 6/29/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $628,764.01 | Total Compensable Receipts: | $628,764.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $628,764.01 | Total Comp/Non Comp Receipts: | $628,764.01 |
| Total Internal/Transfer Receipts: | $49,425.88 | Total Internal/Transfer Receipts: | $49,425.88 |
| | | | |
| Total Compensable Disbursements: | $676,125.19 | Total Compensable Disbursements: | $676,125.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $676,125.19 | Total Comp/Non Comp Disbursements: | $676,125.19 |
| Total Internal/Transfer Disbursements: | $2,064.70 | Total Internal/Transfer Disbursements: | $2,064.70 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-06117-JWB | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5033 | Checking Acct #: | ******0063 |
| Co-Debtor Taxpayer ID #: | | Account Title: | PNC Escrow account |
| For Period Beginning: | 12/6/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/29/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2017 | (2) | PNC Bank fbo Tamarack Dev Assoc | escrow account at PNC | 1129-000 | $75,054.20 | | $75,054.20 |
| 01/29/2018 | | Transfer From: #******0060 | Moving escrowed money to escrow account | 9999-000 | $1,032.35 | | $76,086.55 |
| 01/30/2018 | (3) | PNC Bank FBO Tamarack Developmnet | deposited into checking | 1129-000 | $1,032.35 | | $77,118.90 |
| 01/30/2018 | | Transfer To: #******0060 | transfer back to the checking account due to deposit reversal | 9999-000 | | $1,032.35 | $76,086.55 |
| 01/31/2018 | (3) | DEP REVERSE: PNC Bank FBO Tamarack | deposited into checking | 1129-000 | ($1,032.35) | | $75,054.20 |
| 05/29/2018 | | Transfer From: #******0060 | transfer to escrow account | 9999-000 | $1,032.35 | | $76,086.55 |
| 11/21/2018 | 1001 | PNC Bank, National Association | p/o 11/1/18 DN 202 | 4110-000 | | $27,693.02 | $48,393.53 |
| 11/05/2019 | | Transfer To: #******0060 | transfer | 9999-000 | | $48,393.53 | $0.00 |
| | | | TOTALS: | | $77,118.90 | $77,118.90 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,064.70 | $49,425.88 | |
| | | | Subtotal | | $75,054.20 | $27,693.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $75,054.20 | $27,693.02 | |

| For the period of 12/6/2016 to 6/29/2021 | | For the entire history of the account between 12/11/2017 to 6/29/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $75,054.20 | Total Compensable Receipts: | $75,054.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,054.20 | Total Comp/Non Comp Receipts: | $75,054.20 |
| Total Internal/Transfer Receipts: | $2,064.70 | Total Internal/Transfer Receipts: | $2,064.70 |
| | | | |
| Total Compensable Disbursements: | $27,693.02 | Total Compensable Disbursements: | $27,693.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,693.02 | Total Comp/Non Comp Disbursements: | $27,693.02 |
| Total Internal/Transfer Disbursements: | $49,425.88 | Total Internal/Transfer Disbursements: | $49,425.88 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 16-06117-JWB | | Trustee Name: | Kelly M. Hagan | |
| Case Name: | TAMARACK DEVELOPMENT ASSOCIATES, LLC | | Bank Name: | Pinnacle Bank | |
| Primary Taxpayer ID #: | **-***5033 | | Checking Acct #: | ******0063 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | PNC Escrow account | |
| For Period Beginning: | 12/6/2016 | | Blanket bond (per case limit): | $2,000,000.00 | |
| For Period Ending: | 6/29/2021 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $703,818.21 | $703,818.21 | $0.00 |

| For the period of 12/6/2016 to 6/29/2021 | | For the entire history of the case between 10/17/2017 to 6/29/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $703,818.21 | Total Compensable Receipts: | $703,818.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $703,818.21 | Total Comp/Non Comp Receipts: | $703,818.21 |
| Total Internal/Transfer Receipts: | $51,490.58 | Total Internal/Transfer Receipts: | $51,490.58 |
| | | | |
| Total Compensable Disbursements: | $703,818.21 | Total Compensable Disbursements: | $703,818.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $703,818.21 | Total Comp/Non Comp Disbursements: | $703,818.21 |
| Total Internal/Transfer Disbursements: | $51,490.58 | Total Internal/Transfer Disbursements: | $51,490.58 |

/s/ KELLY M. HAGAN

KELLY M. HAGAN